Richard S. Waring and Orville T. Waring Late Partners as Waring Brothers & Company, Appellants, *v.* The Pennsylvania Railroad Company.

Argued Oct. 31, 1895. Appeal, No. 159, October Term, 1895, by plaintiffs, from judgment of C. P. No. 1, Allegheny Co., March T., 1880, No. 104, for defendant. Before STERRETT, C. J., GREEN, WILLIAMS, McCOLLUM, MITCHELL, DEAN and FELL, JJ. Affirmed.

OPINION BY MR. JUSTICE GREEN, July 15, 1896 :

For the reasons expressed in the opinion just filed in the case between the same parties, 710 Dec. term 1879 ante, p. 172, the judgment in this case is affirmed.